## DEFENDANT LIST JAFFE VS EMPIRIAN STEELE PARK LLC

1.  BUSH REALTY AT STEELE PARK, LLC

2.  BUSH REALTY ASSOCIATES LLC

3.  Sam Weiss

4.  EMPIRIAN AT STEELE PARK, LLC

5.  EMPIRIAN AT STEELE PARK MM, LLC

6.  Ezra Beyman

7.  EMPIRIAN PROPERTY MANAGEMENT, INC

8.  Henry Heinemann

9.  Neil Rackoff

10. Blimi Mayost

11. Ista North America, Inc.

12. Ista GMBH

13. Christoph Heymann

14. Walter Schmidt

15. Katie Brender

16. Jonathan Coates

17. Dominique Montoya

18. Helmar Fink

19. does 1-100

Sol Jaffe
411 East Indian School Road, #3073
Phoenix, Arizona  85012(602) 277-9300
Plaintiff in Pro Per

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SOL JAFFE, PLAINTIFF )<br>)<br>)<br>)<br>VS )<br>EMPIRIAN at STEELE PARK LLC, et al) | Case Number<br><br>**Exhibit Appendix to Complaint** |

**The attached exhibits are numbered in the center at the bottom and are apart of the
initial complaint file against all Defendants.**

# TABLE ON CONTENTS

Item                                                                                          Page no.

1.  Letter to EXPERIAN dated 12/11/07……………………………………………1
2.  Lease………………………………………………………………………… 2
3.  Property Description with notes……………………………………………….4
4.  Who is EXPERIAN document…………………………………………………7
5.  Unanswered complaint letters to EXPPERIAN……………………………….8
6.  Example of Tenant complaints………………………………………………18
7.  Sample pictures of Property Defects………………………………………..23
8.  sampling of City reports…………………………………………………….33
9.  EMPIRIAN reservation document…………………………………………..39
10. Sample ISTA billings………………………………………………………40
11. Unanswered letter to ISTA…………………………………………………43
12. Description ISTA…………………………………………………………...44
13. Free rent offer from EMPIRIAN……………………………………………45
14. Lease Extension…………………………………………………………….46
15. JAFFE rent notification……………………………………………………47
16. JAFFE rent paid……………………………………………………………48
17. Jonathan Jaffe declaration…………………………………………………49
18. JAFFE rent paid……………………………………………………………50
19. Letter to EMPIRIAN……………………………………………………….51
20. Five day notice……………………………………………………………..52
21. Letter to EMPIRIAN……………………………………………………..53
22. Letter from EMPIRIAN attorney…………………………………………..55
23. Letter to EMPIRIAN attorney……………………………………………..56
24. Forcible Detainer…………………………………………………………..57

TO: Emirian Steele park-FAX 602-795-3905
FROM: Sol Jaffe –Tel-602-277-9300
RE: Apt 3073 move in 12/22/07
DATE: 12/11/07

Please note the following:

1. The phones will be transferred to COX on move in. Should they need to get in sooner you have my permission. The same goes for the electricity.
2. You have a copy of my re4nters policy and that is done.
3. The moving van is reserved.
4. A new bed is to be delivered on the 22nd and if I am in my move please let them in.
5. I have begun transferring some correspondence to the new address at move in.
6. The post office has been notified.
7. As I see it you have all you nee to draw the lease. Please do so and call me when you are ready. I am not a last minute person and I am truly busy right now as everyone else is.
8. See about storing the door that you said you would do and get back to me on this.

Sol Jaffe

Residential Apartment Lease - Term Sheet

| Lessor: | EMPIRIAN PROPERTY MGMT., INC as agent for the Owner | Resident# 03668621 |
|---|---|---|
| | | Lease No.  02125051 |

Comm: 502    8740 Empirian at Steele Park          Apt: 3073K

Addr: 411 E. INDIAN SCHOOL RD.                     Addr:  411 E. INDIAN SCHOOL RD APT# 3073
                                                          PHOENIX              AZ 85012

|X|Unfurnished   | |Furnished   | |Washer/Dryer  |X|Renter's Liability Ins. Req.  | |Corporate Unit

Residents: SOL JAFFE

LEASE TERM Commence Date: 12/22/07  Expiration Date: 12/22/08  Lease Type: Original

**Lease Term Expiration:**  A written Notice to Vacate shall be given at least    30 days prior to the Expiration Date of the Lease Term. If Resident fails to provide such written notice to vacate, then, even if resident vacates the premises, this Lease Term will automatically be extended for one additional month following the Expiration Date.

Resident Deposits:        1              Total Deposits:                300.00

        Security Deposit          300.00

Total Monthly Rent:  707.17                                  --Non Apartment--

| Charge Description | Amount | From | To | Type | ID |
|---|---|---|---|---|---|
| Monthly Apartment Rent | 969.00 | 1/01/08 | 12/22/08 | RB | RENT |
| Pet Rent | 15.00 | 1/01/08 | 12/22/08 | RB | PET |
| Service Appreciation | 290.00- | 1/01/08 | 12/22/08 | RB | SAP |
| Tenant Tax | 13.17 | 1/01/08 | 12/22/08 | RB | TTAX |

Other Fees and Charges:     6          Total Other Fees and Charges:      610.72

| Pet Fee | 250.00 |
|---|---|
| Move-In Fee | 125.00 |
| Prorated Rent | 323.00 |
| Pet Rent | 5.00 |
| Service Appreciation | 96.67- |
| Tenant Tax | 4.39 |

| Pets 1 | Type Cat | Breed | Weight 1-20 | License/Tag | Keys/Parking Spaces Delivered To Resident |
|---|---|---|---|---|---|
| | | | | | 1  Entrance      1  Mailbox |
| | | | | | 1  Pool          1  Parking Spaces |
| | | | | | 1  Gate Card |

**LESSOR PAYS CHECKED UTILITIES / RESIDENT PAYS UNCHECKED UTILITIES**

| | Electricity  | | Gas  | | Water  | | Sewer  | | Cable TV  | | Alarms  | | Garbage Removal

| Lessor Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials |
|---|---|---|---|---|---|---|

Each Resident must Initial

EPM National Lease Form (12/04/2007)      PAGE   1



Lease No. 02125051

**Late Charge Terms:** If the Rent then due and owing is not paid in full on or before day 01 of the month, then the Resident will be obligated to pay to lessor an amount for each day on which such a balance is due in accordance with the calendar schedule below.
**Late Charge Schedule    Percentages are based on the Balance due    NSF Fee  $30.00 Per Check**

| Date | Charge | % | Date | Charge | % | Date | Charge | % | Date | Charge | % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 9 | $ 5.00 | | 17 | $ 5.00 | | 25 | $ 5.00 | | |
| 2 | $ 75.00 | | 10 | $ 5.00 | | 18 | $ 5.00 | | 26 | $ 5.00 | | |
| 3 | | | 11 | $ 5.00 | | 19 | $ 5.00 | | 27 | $ 5.00 | | |
| 4 | | | 12 | $ 5.00 | | 20 | $ 5.00 | | 28 | $ 5.00 | | |
| 5 | $ 5.00 | | 13 | $ 5.00 | | 21 | $ 5.00 | | 29 | $ 5.00 | | |
| 6 | $ 5.00 | | 14 | $ 5.00 | | 22 | $ 5.00 | | 30 | $ 5.00 | | |
| 7 | $ 5.00 | | 15 | $ 5.00 | | 23 | $ 5.00 | | 31 | $ 5.00 | | |
| 8 | $ 5.00 | | 16 | $ 5.00 | | 24 | $ 5.00 | | | | | |

### Additional Agreements

Standard Apartment Lease - Terms & Conditions    Utilities Addendum
Move-in Checklist                                 Resident Handbook
Emergency Notification Form                       Insurance Addendum  (Insurance Required)

| Lessor Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials | Resident Initials |
|---|---|---|---|---|---|---|

**Each Resident must Initial**

The Residential Apartment Lease - Term Sheet, along with the Residential Apartment Lease Terms and Conditions, the Additional Agreements identified above, and any other written agreements executed by Lessor and Resident, shall constitute the "Lease". All capitalized terms not defined in this Term Sheet shall have the meaning given to such in the Terms and Conditions. By signing this Term Sheet, each Resident acknowledges that he or she has received, has read and agrees to all of the provisions of the Lease.

Resident acknowledges that this Lease contains provisions extending the Lease Term in the event Resident fails to provide timely written notice of Resident's intent to vacate the Premises prior to the Expiration Date of the Lease Term.

**READ THIS TERM SHEET BEFORE SIGNING**

Lessor:   EMPIRIAN PROPERTY MGMT., INC.

By:

Its Authorized Representative                    DATE

Residents (All Residents must sign):

SOL JAFFE                                        DATE

EPM National Lease Form (12/04/2007)    PAGE    2

# Apartment guide·

Home | Apartments | Arizona | Phoenix | Empirian at Steele Park Apartments for Rent



## Empirian at Steele Park

411 East Indian School Road,
Phoenix, AZ 85012

## (866) 702-6159

E-mercial
Virtual Brochure
Printable Guide
Email a Friend

### Pool
### Photos & Floor Plans



**Check Avai**

**First Name**

**Email Address**

**Move-in Date:**

Comments

☑ Subscribe to news, tips an moving, and

## PRICE GRID

~~1 No~~

LIVE THE CITY UP CLOSE... at our private-access community. We're close to all the pleasures and conveniences of downtown Phoenix 75-acre Steele Park. With the kind of exhilarating amenities that make it very tempting to stay home all day, we're ready to welcome today to tour any one of our unique floorplans. Empirian at Steele Park offers the lifestyles and amenities you've been waiting for!

| Style | Beds | Ba | 1/2 Ba | Sq. Ft. | Price | Term |
|-------|------|-----|--------|---------|------------|-----------|
| Apartment | 1 | 1 | 0 | 649 | From $719 | Per Month |
| Apartment | 2 | 1 | 0 | 893 | From $869 | Per Month |
| Apartment | 2 | 2 | 0 | 1064 | From $889 | Per Month |
| Apartment | 3 | 2 | 0 | 1355 | From $1139 | Per Month |

Prices and availability subject to change without notice.

## APARTMENT DETAILS

| Office Hours | | Apartment Features | Special Features | Directions |
|---|---|---|---|---|
| ~~Monday~~ Hours | 9:00 to 5:30 | Air Conditioning *— Some time* | Disability Access | From SR-51, ex |
| Tuesday | 9:00 to 6:00 | Alarm | Pets | School Road. W |
| Wednesday | 9:00 to 6:00 | Balcony | | the left just pa |
| Thursday | 9:00 to 6:00 | Cable Ready | Call for Policy | |
| Friday | 9:00 to 5:30 | Ceiling Fan(s) *— Some rooms* | | |
| Saturday | Closed | Dishwasher | | |
| Sunday | 10:00 to 5:00 | Fireplace | | |
| | | Microwave | | |
| | | Oversized Closets | | |
| | | View | | |

Washer & Dryer In Unit

**Community Features**

Business Center — *Flea*
Clubhouse — *Destroyed*
Covered Parking — *Unsound*
Emergency Maintenance *??*
Fitness Center — *Destroyed*
Garage — *Undoing*
Gated Access — *NO*
High Speed Internet Access
Public Transportation
Swimming Pool — *Sometimes*

**More Info**

Berber carpet with upgraded pads

Dramatic 9' ceilings with elegant crown molding

Woodburning fireplaces with travertine mantels*

Accent windows in bath and bedroom*

Art niches and built-in bookshelves*

Oval garden tubs

Men's and women's private steam rooms  — *No*

Game room w/billiards/game library/wet bar

Executive business center w/computers/fax/copier  — *filled with fleas in summer*

Pre-wired for high-speed Internet access

Sound insulated walls/floors/pipes  — *No*

Dual-paned insulated windows & patio doors

Two resort-style pools & hydrotherapy spa  — *Sometimes they work*

Ramada & picnic areas with gas grills

Monitored intrusion alarm system provided

Spacious oversized closets/Ceiling fans

Pantry/breakfast bar

6-18 month leases

*in select plans

**General Info**

Lease Terms: Variable, 6-Month, 7-Month, 8-Month, 9-Month, 10-Month, 11-Month, 12-Month, 13-Month

Managed By: Empirian Management Co.

Fax: (602) 795-3905

Visit this property's custom website

## MAP & DIRECTIONS

enrosa Ave   Steele Indi
N
E Devonshire Ave

Get driving directions from your location:                    Go

## MANAGEMENT

### Description

Professionally managed by Empirian Management Co.

See other Empirian Management Co. Properties in your search area



| | | | | |
|---|---|---|---|---|
| Tue | 10:00 AM | 5:30 PM | | |
| Wed | 10:00 AM | 5:30 PM | | |
| Thu | 10:00 AM | 5:30 PM | | |
| Fri | 10:00 AM | 4:30 PM | | |
| Sat | Closed | | | |

**Click on the red arrov
direction**

| | | | | |
|---|---|---|---|---|
| View | 1BD 1 BTH plan A | 1 | 1 | $739.00 |
| View | 1BD 1 BTH plan B | 1 | 1 | $789.00 |
| View | 1BD 1 BTH plan C | 1 | 1 | $849.00 |
| View | 1BD 1 BTH plan D | 1 | 1 | $829.00 |
| View | 2BD 2 BTH plan A | 2 | 2 | $999.00 |
| View | 2BD 2 BTH plan B | 2 | 2 | $1,129.00 |
| View | 3BD 2 BTH plan A | 3 | 2 | $1,399.00 |

-Laundry Facilities
-24/7 Emergency Maintenance
-Decorative Landscaping
-Professional on-site management
-Pet Friendly

-Wa
-Hig
-Fro
-Cei
-Cal
-Dis
-Wa
-Mic
-Ele
-Wo
-Wir

\* Quoted rent is for new move-ins to this community and are per month, they c
that may be part of your lease. Qualification for Specials may require specific le
contact the property for details. The information herein has been supplied by ap
conditions subject to change. Rental rates and availability are subject to change

\*\* Square footage and/or room dimensions are approximations, are subject to ·
units.



# EMPIRIAN

APARTMENT SEARCH

CONTACT US



**Who Is Empirian?**

Service Appreciation
Program



Search for apartments
for      lifestyle

TEXT WILL NOT COPY -
LEGALLY NOTICED AS
MEANINGLESS - IMPORTANT
POINTS!
1. ~~Manage~~ Manage 40,000
units in 325 apartment
Complexes across 17 States
2. Ownership Group Solid
Financial Footing (False)

© 2007 Empirian Property Management. All Rights Reserved. |

7

TO: Emirian Steele park-FAX 602-795-3905
FROM: Sol Jaffe –Tel-602-277-9300
RE: refrigeration issue _Actually 1/16/08_
DATE: 12/16/07

Please note the following:
1. I see you have left a voice mail regarding my 1/13/08 notice, that the refrigerator needed replacing, on 1/15/08; and that you will be here on 1/17/08 to do same.
2. I will be here to accomplish this feat.
3. Could you have someone fix the guest bathroom faucet at the same time or should I be prepared to wait another for same?


Sol Jaffe

**Hand delivered**

_FAX 795 3905_
_1/16/07_
_Actually 1/17/08_



FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 1/17/08
RE: refrigerate repair
FAX 602 7953905

On 1/17/08 you sent a maintenance person to fix my refrigerator and the following occurred:

1. The story that the placement of food within the refrigerator caused the problem was very funny and false.

2. The story that the cucumber did it was very funny and false.

3. The story that this was the best you could do was accepted. You had no better refrigerators to offer.

4. The story that a new refrigerator cost at least $800 was very funny and false.

4. You refused to replace the refrigerator.

5. Your attempt to repair by repairing the torn back of the refrigerator, done by previous maintenance personnel, seemed to have worked for the moment.

6. The compressor, 5 hours after your repair, is about 3 times louder than it was when you were here. This indicates that the compressor is going out; as I thought at the onset.

7. You are now put on notice that as soon as the compressor goes out I will replace the refrigerator and deduct the cost from my rent.

8. You replaced the bathroom aerator that a previous maintenance person left out; and there is no problem with same.

Sol Jaffe

Hand Delivered



FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 1/19/08
RE: Thermostat

The thermostat you put in on 1/17/08 does not work. This is the third thermostat you have replaced within the last three weeks. Do not bring anymore of the same thermostats to my home. If you can not find a thermostat that works within five days, I will go to Wal- Mart and buy one; and deduct the price from my rent.


Sol Jaffe

FAX 602-795-3905





FROM: Sol Jaffe-#3073 :
TO: Empirian Apt Management
DATE: 1/22/08
RE: Thermostat #2- Rachel phone call

Please reread my fax to you; and note the following:

1. You never have my permission to enter my home without my being here.
2. I do not need someone to look at my defective thermostat. I need a new one.
   Defective means that it is no good; and this is the third one I have had in my
   apartment.
3. You need to show me a new thermostat, other than what you are putting in, so that
   I will feel assured that I will not be subject to any more delays, and consumption
   of my time with stories and falsehoods. Simply call me when you have a new
   thermostat and I will come to the office and verify; and then we can arrange
   installation.
4. I was informed that all you have is the defective thermostats that you have given
   me. This is unacceptable.
5. I cannot regulate the temperature in my apartment; and it is too cold when I get
   home; and I have to guess at the temperature when it heats up. This is detrimental
   to my health; and costly in terms of electricity. I consider this to be a vital part of
   my living conditions and you have until this Thursday to comply or I will buy one
   and install it. This is an item covered under out of pocket costs; and deductable
   from my rent under the Landlord Tenant Act.
6. Do not cause any more delays by sending verbal messages that are not in line with
   written requests.
7. Please reply to my written requests with written responses. This is mandatory.

Sol Jaffe

FAX 602-795-3905



FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: ~~1/2/08~~ 1/26/08
RE: Noise
Could you please explain why there is noise coming out of the vent on the west wall of the master bathroom? There is no air coming out, just a noise that comes on and goes off periodically. The air conditioning is off and nothing is on; and the noise comes on periodically, all day and night.
 Is this just a construction problem of the building, or is there a short somewhere and eventually it will cause a fire and damage to my home?

Please advise ASAP.

Sol Jaffe

FAX 602-795-3905

12

FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 1/30/08
RE: Noises

Thank you so much for coming to my apt yesterday to investigate the noises that were keeping me from sleeping (No. 20640). I have investigated further and wish you to note the following:

1. The refrigerator noise. I called GE and got into an intelligent conversation with their customer service at their refrigerator division. The refrigerator you purchased is not designed for open spaces near dining rooms, living rooms or bedrooms.  It makes too much noise for that. It has a small compressor with a large fan and the noise is from the large fan. This type of configuration keeps the cost low. They have other, more appropriate refrigerators, for very few more dollars. It was your choice to install an inappropriate refrigerator. It would have been best if you notified me of this before I signed the lease. When the fan goes out it makes a rumbling sound and then it can be replaced. The refrigerator is in warranty and it is beyond me why you tampered with the warranty by working on it yourself.  The noise could be heard over the phone 2500 miles way in New Jersey. It certainly is noisy. I have just bought ear plugs so I can sleep a full night.

2. The vent fan is Ok and I have plugged it back in. The motor noise from the fan vent is not the fan or it's motor. It came on last night at 10PM and lasted longer than an hour. I do not know when it went off as I took a sleeping pill and put my new ear plugs in. I am sorry to say that I will have to call you when it goes on, even at night in an emergency, as I am concerned that it may be an electrical connection going out that may cause a fire. You do not seem to be able to find out what it is until you hear it. I will get a hold of you as soon as it goes on-night or day.

Sol Jaffe

FAX 602-795-3905



FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 1/30/08
RE: Vent noise

The vent noise was on when I got home at about 6:30 PM and I called the emergency line to get someone to look at it. I got a call back at 7:30PM ad I talked to the same maintenance person who disconnected the fan before. He does not understand anything about the vent system. He told me that the vent system is blocked off at the vent; and the only noise could be from the fan motor. This is false. The vent system vents somewhere; and is not blocked off. The vent fan and/or the motor are not running. It has to be coming from somewhere else. It is frustrating and difficult to talk to your maintenance people, who know little to nothing about cooling and refrigeration senates. They are totally unqualified to do the work. I still need this straightened out.

I can call an outside contractor to come in and tell me what this is about for about $50.00 and this will be over with; or you can call your person too see what this is all about. Perhaps it is just picking up sounds from other units; or perhaps it is a really serious matter, like a motor that is shorting out, and will eventually catch fire and burn the building down. The problem being is that I do not know, and your maintenance people do not know. That leaves me with the following choices, which you can make. I will give you 7 days to find out what this is about, or I will take matters into my own hands and get the job done by calling an outside contractor. I believe this is fair.

1.  7 day notice-stop the motor from running periodically in the fan vent (not the fan motor or fan) or I will get an outside contractor to do so and charge it back to you. In the mean time I will use ear plugs so I can sleep at night.

Please see what you can do.

Sol Jaffe

FAX 602-795-3905



FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 1/31/08
RE: letter re: movers/trespass

My cat got a little unnerved and went to the door this evening; and that is when I found a list of movers from you. It would seem that you have trespassed in order to place a letter in my home. That being the case, you are forewarned to never do that again or I will call the police and issue a complaint against you. This is totally outrageous. STOP.


Sol Jaffe

FAX 602-795-3905

FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 2/3/08
RE: Vent noise problem

I had a plumbing contractor come by, and it was obvious to him that the vent system goes to the outside; and several units are linked to this system. The level of noise caused by this is, again, the purchase of inappropriate vent fans. There are certainly more quiet fans on the market than what are in this building, to be used in multi level installations. You did not purchase same; and this is the noise. It comes from other units running their fans all night and/or at periodic times. Perhaps you could tell future tenants this before they rent here. It would be helpful.


Sol Jaffe

FAX 602-795-3905

FROM: Sol Jaffe-#3073
TO: Empirian Apt Management
DATE: 2/4/08
RE: chipping paint

I am ready to paint the chipped paint in my apartment. You seem to know that no primer coat was used on the steel bull-noses, causing the paint to chip; and that your attempt to cover this up in the past has failed because you used patching material that was not textured.

Please tell me when you have some paint/textured plaster for me to paint and plaster the chipped areas in my apartment.

I would like to say that I have finally moved in. It has taken over a month to do so.

If I do not hear from you within seven days I will purchase all the materials and do the job myself. I will expect reimbursement from you for same.


Sol Jaffe

PS whatever person you used to paint the hall way bathroom ceiling is truly amazing. It is a different color than the rest of the apartment; and it runs over into the other colors on the side; and looks funny. Perhaps you should use more competent help in the future.

FAX 602-795-3905



**Find Apartments    Moving Center**

Ads by Google
**Luxury Condos in Mesa**

www.AquaterraMesa.com

**Glendale Apartments**

www.Move.com/Glendale

**Chandler Apartments**

www.New-Apartment-Listings.com

**Phoenix Az Apartments**

www.ApartmentListingsSource.com

**Mountain Vista Apartments**

www.mountainvistamesa.com

**Tempe Condos**

www.Roost.com/AZ

**Discussions**

Home » Arizona » Phoenix » Empirian at Steele Park » Very bad...

# Empirian at Steele Park

RECOMMENDED BY

## 33.0%

**Overall Rating**

■■■

Parking: ■■■
Maintenance: ■■■
Construction: ■■■
Noise: ■■■
Grounds: ■■■
Safety: ■■■
Office Staff: ■■■

411 East Indian School Road
Phoenix, AZ 85012
602-795-3900
· I'm the manager
· I'm a resident
· Save to favorites

| Reviews | Map | Pricing | Safety | Users' Questions | Write a review
< Prev Review | Next Review >

Rent at Empirian at Steele Park and get a **$150 reward** from ApartmentSearc

**Very bad...**     *Jessica*
From: 4vball75     *writy. declaration right now*
Date posted: 8/25/2008
Years at this apartment: 2007 - 2008

One of the worse places I have ever lived. The parking garage is soooo loud. Car alarms going off all night long and loud cars w/ loud bumping music. A lot of ghetto type people living in area. Had police called to neighbor's house numerous times (Scary stuff). Took over a month to get toilet fixed. Never got reimbursed for the extra water charges, inconvenience AND time off of work. Carpet was very old and fell apart after a month of living there. Truck got broken into in the parking garage and badly damaged. On the outside, it looks nice, but once you get sucked into a lease all he$% breaks loose and you are trapped. Neighbors had bad roach problem for two months. They still haven't fixed the fireplace that I reported as clogged from last year! Sucks being stuck in a lease where you hate going better options out there!

**Mesa Lu:**
**Condomir**

www.AquaterraM

**Rate this review** Rate
👍 👎 Problem, Funny, Best of?
Flag review

Recommended: **NO**
**Overall Rating**

■

Parking: ■
Maintenance: ■
Construction: ■■
Noise: ■

Grounds: ■■■■
Safety: ■■
Office Staff: ■

· **I'm the autho**

· **Lived here?**



**Find Apartments    Moving Center**

**Discussions** 

## Empirian at Steele Park

**Apartment Renovation**

**RECOMMENDED BY**

# 33.0%

**Overall Rating**

⬛⬛⬛

Parking: ⬛⬛⬛
Maintenance: ⬛⬛⬛
Construction: ⬛⬛⬛
Noise: ⬛⬛⬛
Grounds: ⬛⬛⬛
Safety: ⬛⬛⬛
Office Staff: ⬛⬛⬛

411 East Indian School Road
Phoenix, AZ 85012
602-795-3900
I'm the manager
I'm a resident
Save to favorites

www.ravcoinc.com

| Reviews | Map | Pricing | Safety | Users' Questions | Write a review |
< Prev Review |

Rent at Empirian at Steele Park and get a **$150 reward** from ApartmentSear...

## HORRIBLE management

From: -Anonymous-
Date posted: 4/28/2008
Years at this apartment: 2005 - 2008
**1** response

**Apartment Re**

www.ravcoinc

DO NOT UNDER ANY CIRCUMSTANCES move in to this complex. I am submitting my 30-day notice tomorrow and I can't wait to move out! The garage and corridors are FILTHY, management is completely unresponsive to written requests to power wash the walkways. There are numerous stains on the walkways on my floor that have been there for a YEAR! There is no way for me to get to my apartment without walking past this mess except to walk down a flight of steps to the end of the building and enter from the north side. Regrettably, the stairs leading to the third floor are as filthy as the walkway from the parking structure! The parking structure has huge fissure in the concrete that are large enough to see through to the floor below. It will c will be killed, vehicles will be ruined and, based on past performance by management, shrug their shoulders and say they just didn't know how bad it was! Let's just hope the insurance. One of the reasons I selected Empirian was because of the parking structure broken in to two times so far, I've received numerous notices regarding car thefts at th police are constantly at the complex on one matter or another. It has turned in to a co

Management is completely unresponsive to maintenance issue, never answers the tele return phone calls, and become annoyed when you go to the office to speak with them diplomatic your approach with them...they just can't be bothered!

The filthy steps and corridors are just the tip of the iceberg. I have a downstairs neighb Friday night playing his sound system at full volume and doesn't stop until Sunday eve across the hall moved out because of this noise pollution..he was a very friendly, consic 30's who worked for the District Attorney. He shared with me that he had politely aske neighbor to turn the volume down...which he would do for about 15 minutes and then i



volume again. After numerous complaints to the office and a call to the police for disturbing the peace, because management either would not or could not address the issue, my neighbor resorted to speaking with the D.A. for advice. Based on the D:A.'s advice my neighbor spoke with the office and insisted that they move him, at their expense, to their sister complex on Central Avenue. On its face this is wrong! There are clear and concise rules in the lease covering noise disturbance and the consequences for breaking the rules...yet my non-offending neighbor was inconvenienced instead of the neighbor who was and still is breaking the rule about loud noise after a certain time. One week-end he started his very loud music and I walked downstairs, knocked on his door and as he opened the door he asked, "oh is my music too loud"...clearly this man is aware of and should have been evicted a very long time ago as he is well aware of what he is doing.

The two paragraphs above address the outside only...based on the caliber of tenants I now see in the corridors and garage I would never use the pool, spa or weight room.



The inside of my apartment has to have mold vacuumed every week from the corners of every room and during the last rain we had even more water stains appeared on the ceiling. The moisture problem is so severe the heads from the sprinkler system have fallen out of the ceiling! All these issues have been brought to the attention of management and yet nothing is done. I repeat - this place is a dump!

I could go on and on regarding the rude, inept behavior of the people in the office, including losing rent payments, their unwillingness to do a pre-move in inspection when I moved in, nasty notes on my door regarding any number of things from the rent not being paid (a check revealed the funds had already been deposited 5 days prior to the date of this note), to terse messages with respect to any number of issues. It is maddening when Jamie sends out her saccharin newsletter each month stating how much they appreciate their tenants!

The crime in the area has gone up exponentially...I understand that management cannot control this, but if they were handling all the other issues correctly maybe the tenants would ban together, be more mindful of the area surrounding Empirian and report activities that seem out of the ordinary. People in this complex can't even bother to put their trash in the trash chute much less ban together to watch out for one another. I've come home to find trash tossed in front of my door which clearly was tossed as someone was walking by my apartment. I repeat - this place is a dump! DO NOT MOVE HERE!

**Rate this review** Rate

Recommended: **NO**
**Overall Rating**

Parking:■■■
Maintenance:■■■
Construction:■■■
Noise:■■■

Grounds:■■■
Safety:■■■
Office Staff:■■■

⟩ **I'm the author!**
⟩ **Lived here?**

## User Responses

**From:** Anonymous

**Date:** 05/28/2008

oh no! the ground is dirty!

**Rate this response** Rate
   Problem, Funny, Best of?
   Flag review

**Your thoughts? Post a response to this review.**

Display my response:   with my username   anonymously
   **Submit**   *Responses appear below reviews and one response per user is permitted.*

<u>Free estimates on moving trucks</u>   <u>Free quotes on movers</u>

**Find Apartments    Moving Center**

Home » Arizona » Phoenix » Empirian at Steele Park » This place sucks

**Discussions**

Ads by Google
**Mesa Luxury
Condominiums**

www.AquaterraMesa.com

**Apartments Phoenix**

www.Move.com/Phoenix

**Phoenix Az
Apartments**

www.ApartmentListingsSource.com

**Talus Ranch
Apartments**

www.talusranch.com

**Buena Park
Apartments**

www.ApartmentFinder.com/Buena

**Mountain Vista
Apartments**

www.mountainvistamesa.com

# Empirian at Steele Park

RECOMMENDED BY

# 33.0%

**Overall Rating**

■■■

Parking: ■■■
Maintenance: ■■■
Construction: ■■■
Noise: ■■■
Grounds: ■■■
Safety: ■■■
Office Staff: ■■■

411 East Indian School Road
Phoenix, AZ 85012
602-795-3900

› I'm the manager
› I'm a resident
Save to favorites

| Reviews | Map | Pricing | Safety | Users' Questions | Write a review |

< Prev Review |

Rent at Empirian at Steele Park and get a **$150 reward** from ApartmentSearch

## This place sucks

From: -Anonymous-
Date posted: 9/23/2007
Years at this apartment: 2007 - 2007

The location of this apartment complex is great. It's right downtown across from steele park. It's convenient. The apartments are cute, but when you look closely they are cheaply made. It looks like hardwood but it's really just lanolium over plaster subfloor. My biggest problem with this apartment complex is having to work with the office. They never answer the phone or return phone calls. When I do have to talk with them I question their competence. My biggest headache is when I need maintenance. First since they never answer the phone, you have to leave a message. Then they never call you to say they got it so I usually have to leave two or three messages because they "never got the message." I've lived here for five months and have had 3 different locks on my door, my washing machine to my air condition barely blowing, leaky faucets, and the air conditioning break twice. conditioning does break they don't make it a priority because they say it's not hot enough maintanance people have no idea how to fix things and one hand never knows what the currently praying for a way out of the lease.

Recommended: **NO**
**Overall Rating**

■

Parking: ■■■
Maintenance: ■
Construction: ■
Noise: ■■

Grounds: ■■
Safety: ■■■
Office Staff: ■

› **I'm the autho**
· **Lived here?**

Buy a neighb
before you bu

FIND A HO

cyberhome



**Find Apartments    Moving Center**

Home » Arizona » Phoenix » Empirian at Steele Park » City Dump at Steele Park    **Discussions** 

Ads by Google

**Jefferson Park Apartments**

www.MyNewPlace.com

**Talus Ranch Apartments**

www.talusranch.com

**Condos in Jefferson Park**

www.DreamTown.com

**Tempe Town Lake Condos**

TempeLakeCondos.com

**Illahee at Charbonneau**

www.daltonmngt.com

**Apartments Phoenix**

www.Move.com/Phoenix

# Empirian at Steele Park

RECOMMENDED BY

**33.0%**

**Overall Rating**

■■ ■

| | |
|---|---|
| Parking: | ■■ ■ |
| Maintenance: | ■■ ■ |
| Construction: | ■■ ■ |
| Noise: | ■■ ■ |
| Grounds: | ■■ ■ |
| Safety: | ■■ ■ |
| Office Staff: | ■■ ■ |

411 East Indian School Road
Phoenix, AZ 85012
602-795-3900
I'm the manager
I'm a resident
Save to favorites

| Reviews | Map | Pricing | Safety | Users' Questions | Write a review

< Prev Review | Next Review >

Rent at Empirian at Steele Park and get a **$150 reward** from ApartmentSear...

## City Dump at Steele Park
From: rawry
Date posted: 8/3/2006
Years at this apartment: 2005 - 2006
6 responses



Everything wrong here starts with the management. Rachel started here several months back, claiming to have good intentions. She even made it seem apparent by replacing burned out lights, having maintenance pick up, hiring groundskeepers to come once weekly, and started repainting hallways. How are things now? Even worse than before she arrived. Since then, all of these things have stopped.

The office never answers nor returns phone calls. Maintenance requests take a week to fill, and you'll only receive sarcastic letters from maintenance telling you that you are improperly using appliances. Are they fixed? No. In my case, my dishwasher still causes my sink to flood when it is in use

Plan on having guests over? You'll think again if you live here. Walk around the garage a everywhere, and piled by the trash chute. Notice the fire damage on the third floor of th Walk through the hallways and you will also find trash, gum, and beer bottles. The land cared for as well. The grass has dead spots. The bushes are untrimmed. And watch you droppings in the grass and stray cats running around. All this is plenty to make me emb my home.

The entrance gate to the parking garage works poorly. On one occasion, the office "mys gate card and name off the call box. I couldn't get into my own home! Shortly there aft working all together, for over a week, somehow only allowing certain gate cards to ope allowing it to call anyone, making it impossible to let guests in.

What did Rachel have to say about my valid complaints? In her most pleasant tone of v told me that nothing was going to change. They don't have enough staff to clean up the